ORIGINAL

RECEIVED
JUN 14 2012
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

Kevin Spells,

Docket #

                Plaintiff Pro se,

**FORMAL COMPLAINT**

      -against-

Fed. Rules Civ. Proc. Rule 8(a)
Title 28 U.S.C.A.
Under the
**CIVIL RIGHTS ACT**

Barack H. Obama,

              Defendant.

Title 42 U.S.C.A. Sec. 1983



"Jury Trial Demanded"

------------------------------------------------------x

Hon.

Hon.         VITALIANO, J.

    Honorable Sir, \ Madam,

BLOO

The aggrieved plaintiff pro se, Kevin Spells, complains of the defendant Barack H.

Obama, and allege as follows:

AS AND FOR HIS FIRST "CAUSE OF ACTION" BY PLAINTIFF PRO SE, KEVIN

SPELLS, AGAINST DEFENDANT BARACK H. OBAMA.

1.    At all times relevant to these civil judicial proceedings the plaintiff resides at: 109-

18 221st Street, Queens Village, New York 11429 and the defendant at; 1600

Pennsylvania Avenue, Washington, DC, 20500; and or 26 Federal Plaza, New York City,

New York, 10278.

STATEMENT UPON THE GROUNDS
WHICH
DISTRICT COURT JURISDICTION DEPENDS

2.    According to, Rule 8(a)(1) of the Federal Rules of Civil Procedure, Title 28; the

plaintiff seeks money damages against the defendant not in excess of the subject-matter

jurisdiction of this court, 28 U.S.C.A. Sec. 1331; 1343 [a](3)(4). Which the "direct

involvement of a substantial constitutional question" arose under U.S.C.A. Const., Art. 2

Sec. (3) "he shall take care that the laws be faithfully executed;" and the federal legal

principals of deprivation of rights and substantive "due process laws" of, title VII of the

Civil Rights Act of 1964. According to, 42 U.S.C.A. Sec. 2000e. [a][l][m] 2000b-3.

"Complaint" defined within the meaning of: section 1001, (Title 18, subsections

(a)[1][2][3](b); 18 U.S.C.A. Sec. 242 Deprivation of rights under color of law).  Where

relief is sought within the subject-matter jurisdiction of this court respecting, 28 U.S.C.A.

Sec. 1331, 1343 [a](3)(4); and, 42 U.S.C.A. Sec. 1981 (a)(c), 1983:; by virtue of U.S.C.A.

Const., Amend. Art. 14 Sec. (1).


## STATEMENT OF THE CLAIM


3.    After exausting executive, congressional and U. S. Justice Department, Federal

Bureau of Investigations administrative resources as required by the U. S. District Court,

(See Exhibits C3, A & B).  It is now the plaintiff's allegation that on or around March 12,

2012, to June 13, 2012, either in, at, or around the oval office of the White House at,

1600 Pennsylvania Avenue, Washington, DC, 20500, President Barack H. Obama (herein

now known as Mr. Obama,) unjustly discriminated with acts well beyond his presidential

capacity, done in total omission and failure in "bad faith."  Against the plaintiff and the

plaintiff's rights of being "entitled to all privileges and immunities" secured by the

United States.

Constitution, (U.S.C.A. Const.,) Art. 4 Sec. (2) cl. [1]. By refusing to "overturn two

unconstitutional final orders from the Supreme Court of the United States" with the

petitioner named in that matter, as being the present plaintiff, who had (illogically) never

went to trial before within that same (U. S. Supreme Court) matter. These acts done

under "color of law" by Mr. Obama are depriving the plaintiff's privileges to his

enjoyment of due process and equal protection within the constitutional system of

"checks and balances laws" of the United States. Without giving any sound reason for

his "nonfeasance" issues and other contemptuous influences noted and suggesting to

challenge (the) Constitution (U.S.C.A. Const.,) Art. 2 Sec. (1) cl. (7), without it being on

his inauguration day for him to do so. As he adamantly refuses to "check" both

unconstitutional orders to which the plaintiff's good name and reputation has a

Constitutional right to be immune from both these orders according to, U.S.C.A. Const.,

Art. 4 Sec. (2) cl. (1). Witch orders now under Mr. Obama's jurisdiction, strictly

according to Exhibit C4, copy of, U. S. Sup. Ct. Rule 45 (1), for not obeying federal law

or living up to the facts and findings standards outlined therein, and specifically justifying

the plaintiff's claim made in these serious allegations. For which Mr. Obama is willfully

aware as noted in paragraph two (2) of the plaintiff's second "notice of intent to sue,"

Exhibit D, (see that exhibit,) addressed to him dated April 12, 2012. That, once again,

there is no defense for his alleged Constitutional rights challenge categorically refusing to

address the "dictated" orders issues and portraying his mental reservations not ready nor

willing to support the Constitution with any decency or dignity. With respect to, U.S.C.A.

-3-

Const., Art. 2 Sec. (3), where "he shall take care that the laws be faithfully executed,"

accordingly overturning both unconstitutional orders as his duty to his principal. With

respect to, U.S.C.A. Const., Art. (6), whereas Mr. Obama "shall be bound by oath or

affirmation, to support this constitution," rather then his personal involvement in

intentional and purposeful discrimination as his official guide for action strictly at his

disposal. In which, Mr. Obama's defense can only survive upon unrevealed journalistic

and news cast cover-up, compelled by lies, fraud, misdirected inconsistencies and lack of

proper morals in national disgrace.

4.      It is upon this information and belief that after receiving the first initial reply

correspondence, as Exhibit C3, in response from the White House dated July 23, 2009.

(Please see, Exhibit C3). That during the above stated time from March 13, 2012, to June

13, 2012, with respect to three (3) of the plaintiff's "notice of intent to sue" letters dated

March 13, April 12, and May 14, of 2012 Exhibited as C, D and E, respectively. (Please

see, these Exhibits). Mr. Obama acted without "good faith" to unconstitutionally favor

both final orders intentionally then willingly leaving them "unchecked" against his duty

to his principle according to our United States Constitution's system of checks and

balances laws. As they both unconstitutionally "dictated denied on their face" without

including any of the findings that they were based on nor any of the facts that were

essential to their making. This "bad faith" giving undeserved credibility to orders that

lacked democracy within them upon their face is perpetrated by Mr. Obama. With his

knowledge and desire that such unwarranted actions of his "nonfeasance practice"

denying equal protection of the laws to the plaintiff, who is now within Mr. Obama's

-4-

jurisdiction according to, Constitutional (U.S.C.A. Const., Amend.) Art. 14 Sec. (1).

Cause discriminatory constitutional rights violations and dangerous civil rights offence to

the plaintiff's Constitutional rights, privileges and immunities of U.S.C.A. Const., Art. 4

Sec. 2 cl. (1), as well as reputation impairment to the plaintiff.

5.     It is also upon this information and belief that Mr. Obama's questionable capacity

defies all practically reality of his "oath of office" liability, as he suggest it to cause to be

or become "feckless" at his own personal risk.  Continually making the plaintiff's life

difficult from his official presidential position of authority maliciously and with his

willful desire of indifference.  To proximate further unconstitutional injury and offence to

the plaintiff's due process and equal protection of Constitutional rights laws of the United

States.

6.     As a result of Mr. Obama's untrustworthiness "under color of law" according to

U.S.C.A. Const., Art. 2 Sec. (1) cl. (7), to "do solemnly swear (or affirm) that I will

faithfully execute the office of president of the United States, and will to the best of my

ability, preserve, protect and defend the constitution of the United States."  The plaintiff

suffers from serious civil rights violations according to, Title VII of the Civil Rights Act

of 1964, and Exhibit E1, (copy of,) 18 U.S.C.A. Sec. (242) "Deprivation of rights under

color of law," statute.  When Mr. Obama can undermine the law and challenge the

integrity of the Constitution and the plaintiff.  Without the journalistic and newscast

coverage that is so seriously needed here for justice to prevail.  As Mr. Obama refuses to

overturn both unconstitutional "dictated" final orders soon to be placed in the "national

archives" with the plaintiff named as petitioner upon them in nation disgrace as being a

"crime victim," with the title of the respondent scandalously deleted from the orders by the Court.  With the now present and existing orders "being inherent of clear and convincing evidence" typical of "fraudulent material."  Resulting in among other things personal constitutional injury to the plaintiff's due process and equal protection laws secured and guaranteed by the Constitution of the United States.

7.     Accordingly, the Constitutional rights violations proximately caused injury and the plaintiff suffered damages in the amount of $1.1 million dollars and should have the judgment made in the plaintiff's favor for the same sum of $1.1 million dollars and also $1.1 million, in punitive damages totaling sum of $2.2 million, judgment for the plaintiff.

Dated: June 14, 2012
       New York State
       New York City
       (Brooklyn)

                                        Yours etc.

                                        Kevin Spells
                                        Plaintiff Pro se
                                        109-18 221st Street
                                        Queens Village,
                                        New York   11429
                                        Tel. No. (718) 468-6673

Sworn to before me on this
14th day of June, 2012.

MARIAME SIMPORE
Notary Public · State of New York
No. 01SI6229036
Qualified in Bronx County
My Comm. Expires Oct. 4, 2014

-6-

PLEASE RESPOND TO:

WASHINGTON OFFICE:
2342 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3206
(202) 225-3461
Fax: (202) 226-4169
www.house.gov/meeks

☒   DISTRICT OFFICES:
153-01 JAMAICA AVENUE
JAMAICA, NY 11432-3870
(718) 725-6000
Fax: (718) 725-9868

1931 MOTT AVENUE, ROOM 305
FAR ROCKAWAY, NY 11691
(718) 327-9791
Fax: (718) 327-4722

# Congress of the United States
## House of Representatives

GREGORY W. MEEKS
6TH DISTRICT, NEW YORK

COMMITTEES:
FINANCIAL SERVICES

SUBCOMMITTEES:
CAPITAL MARKETS, INSURANCE, AND
GOVERNMENT SPONSORED ENTERPRISES

DOMESTIC AND INTERNATIONAL MONETARY
POLICY, TRADE AND TECHNOLOGY

FOREIGN AFFAIRS

SUBCOMMITTEES:
WESTERN HEMISPHERE

INTERNATIONAL ORGANIZATIONS, HUMAN
RIGHTS, AND OVERSIGHT

ASIA, THE PACIFIC, AND THE
GLOBAL ENVIRONMENT

July 25, 2008

Honorable John Conyers
Chairman
House Of Representatives Committee on Judiciary
2138 Rayburn House Office Building
Washington, D.C.  20515

EXHIBIT A

Dear Congressman Conyers:

I have received the attached correspondence from Mr. Kevin Spells whom would like you to make a complaint against the United States Supreme Court; Clerks Office, on behalf of his daughter Kimberly Rockell Rivera Martinez.

Because of the content of this case, I am referring this case to your office and have enclosed all correspondence received for your reference. I have informed Mr. Spells of this action. I trust that you will give this matter the appropriate consideration it requires.

Thank you in advance for your attention to this matter.

Sincerely,

GREGORY W. MEEKS
Member of Congress

GWM/smw



# FEDERAL BUREAU OF INVESTIGATION

26 Federal Plaza, New York, NY 10278

<u>**Complaint Form**</u>

EXHIBIT B

Date: _2-27-09_   Time: _2:08_

<u>**Complainant Information:**</u>

**Name:** KEVIN SPELLS     **Telephone:** (718) 468 6673 **DOB:** 7/30/56

**Language Spoken:** ENGLISH

**Address:** 109-18 221ST STREET QUEENS VILLAGE, N.Y. 11429

**Name of Employer:**

**Facts of Complaint:** RE: THIRTEEN YEAR OLD KIDNAPPED CHILD CRIME VICTIM NAMED KIMBERLY ROCKELL RIVERA MARTINEZ, WHO FOR THE PAST EIGHT YEARS BEEN DENIED ALL DAILY EDUCATIONAL SCHOOLING, FINANCIAL CHILD SUPPORT, MEDICAL CARE DENTAL CARE, FOOD NUTRITIONAL PROGRAM PARTICIPATION AND CONTACT WITH OTHER CHILDREN. PLEASE SEE THE ATTACHED COPIES OF SUPREME COURT OF THE UNITED STATES ORDERS DATED APRIL 28, 2008 AND JUNE 16, 2008; BOTH CONGRESSIONAL CORRESPONDENCE DATED JULY 25, 2008; AND COMPLAINTANTS LETTER TO HOUSE OF REPRESENTATIVES COMMITTEE DATED SEPTEMBER 12, 2008. ALSO SEE: U.S. DISTRICT COURT CIVIL DOCKET FOR CASE CV-5038-ENV LB, PRESENTLY CONTINUING THIS METHOD AGAINST THE CHILD INCLUDING DENYING COMPLAINTANTS REQUEST FOR GRAND JURY PROSECUTION OF FEDERAL INDICTMENTS.

**How did complainant learn of this information?** COMPLAINTANT IS THE PRO-SE LITIGANT IN BOTH CASES AND THE TRUE BIOLOGICAL FATHER OF THE SUBJECT CHILD.

**Complaint taken by P.O.:** _T. Marlin_     **Shield #** _1217_

_Please don't my night to be reviewed_

EXHIBIT C

March 13, 2012

To: Barack H. Obama
    President of the United States
    1600 Pennsylvania Avenue
    NW Washington, DC
                        20500

From: Kevin Spells
      109-18 221st Street
      Queens Village
      New York      11429
      Tel. No. (718) 468 6673

RE:  Notice of Intent to Sue: Barack H. Obama

Dear Mr. Obama,

Please take notice, that [I,] Kevin Spells the above named complainant intends to sue you seeking monetary damages, for your discriminatory acts done outside of your presidential "oath of office."

Your acts now favor two dictated orders from the Supreme Court of the United States, without overturning them for being unconstitutional. Causing serious constitutional rights violations against the law which is also a contemptuous crime.

According to: the U. S. Constitution Article (2) Section (1), our government system of "checks and balances," and U. S. Sup. Ct. Rule 45 (1) Process; Mandates. [see copies: of both orders, a letter from your office dated July 23, 2009, and U. S. Sup. Ct. Rule 45 (1)].

Please take further notice, that after (90) days of the date of this letter. If both orders are not overturned by you accordingly, commencement of a civil action by formal complaint will be filed with the United States District Court and served against you, seeking $2.2 million dollars in total damages. For the above stated reasons, in connection with three other related federal cases concerned.



Sincerely

Kevin Spells

03/13/2012

EXHIBIT C1

# Supreme Court of the United States

No.    07-10117

Kevin Spells,

Petitioner

v.

City of New York, New York

ON PETITION FOR A WRIT OF CERTIORARI to the United States Court of Appeals for the Second Circuit, No. 06-4625-cv.

ON CONSIDERATION of the petition for a writ of certiorari herein to the United States Court of Appeals for the Second Circuit.

IT IS ORDERED by this Court that the said petition is denied.

April 28, 2008



A true copy  WILLIAM K. SUTER
         Test:
Clerk of the Supreme Court of the United States
By _____
                                    Deputy

EXHIBIT C2

# Supreme Court of the United States

No.    07-10117

Kevin Spells,

Petitioner

v.

City of New York, New York

A PETITION FOR REHEARING having been filed in this case,

UPON CONSIDERATION THEREOF, it is ordered by this Court that the said petition is denied.

June 16, 2008



A true copy  WILLIAM K. SUTER
        Test:
Clerk of the Supreme Court of the United States
By _____
                                                      Deputy

**THE WHITE HOUSE**

WASHINGTON

EXHIBIT C3

July 23, 2009

Mr. Kevin Spells
10918 221st Street
Queens Village, New York  11429

Dear Mr. Spells:

Thank you for contacting the office of President Barack Obama.  The President appreciates your taking the time to voice your concerns and opinions.

We would like to be of assistance to you; however, due to the separation of powers, it is not within our authority to become involved in legal matters.  You must resolve this issue through the judicial system.

Please be aware that you can visit www.usa.gov or call 1-800-FEDINFO for information about Government assistance.

We hope your concerns are resolved to your satisfaction.

Again, thank you for your correspondence.

Sincerely,

F. Michael Kelleher
Special Assistant to the President and
Director of Presidential Correspondence

EXHIBIT C4

a petition without a certificate. The petition is not subject to oral argument.

3. The Clerk will not file any response to a petition for rehearing unless the Court requests a response. In the absence of extraordinary circumstances, the Court will not grant a petition for rehearing without first requesting a response.

4. The Clerk will not file consecutive petitions and petitions that are out of time under this Rule.

5. The Clerk will not file any brief for an *amicus curiae* in support of, or in opposition to, a petition for rehearing.

6. If the Clerk determines that a petition for rehearing submitted timely and in good faith is in a form that does not comply with this Rule or with Rule 33 or Rule 34, the Clerk will return it with a letter indicating the deficiency. A corrected petition for rehearing submitted in accordance with Rule 29.2 no more than 15 days after the date of the Clerk's letter will be deemed timely.

## Rule 45. Process; Mandates

1. All process of this Court issues in the name of the President of the United States.

2. In a case on review from a state court, the mandate issues 25 days after entry of the judgment, unless the Court or a Justice shortens or extends the time, or unless the parties stipulate that it issue sooner. The filing of a petition for rehearing stays the mandate until disposition of the petition, unless the Court orders otherwise. If the petition is denied, the mandate issues forthwith.

3. In a case on review from any court of the United States, as defined by 28 U.S.C. § 451, a formal mandate does not issue unless specially directed; instead, the Clerk of this Court will send the clerk of the lower court a copy of the opinion or order of this Court and a certified copy of the judgment. The certified copy of the judgment, prepared and signed by this Court's Clerk, will provide for costs if any are awarded. In all other respects, the provisions of paragraph 2 of this Rule apply.

## Rule 46. Dismissing Cases

1. At any stage of the proceedings, whenever all parties file with the Clerk an agreement in writing that a case be dismissed, specifying the terms for payment of costs; and pay to the Clerk any fees then due, the Clerk, without further reference to the Court, will enter an order of dismissal.

2. (a) A petitioner or appellant may file a motion to dismiss the case, with proof of service as required by Rule 29, tendering to the Clerk any fees due and costs payable. No more than 15 days after service thereof, an adverse party may file an objection, limited to the amount of damages and costs in this Court alleged to be payable or to showing that the moving party does not represent all petitioners or appellants. The Clerk will not file any objection not so limited.

(b) When the objection asserts that the moving party does not represent all the petitioners or appellants, the party moving for dismissal may file a reply within 10 days, after which time the matter will be submitted to the Court for its determination.

(c) If no objection is filed—or if upon objection going only to the amount of damages and costs in this Court, the party moving for dismissal tenders the additional damages and costs in full within 10 days of the demand therefor—the Clerk, without further reference to the Court, will enter an order of dismissal. If, after objection as to the amount of damages and costs in this Court, the moving party does not respond by a tender within 10 days, the Clerk will report the matter to the Court for its determination.

3. No mandate or other process will issue on a dismissal under this Rule without an order of the Court.

## PART IX. DEFINITIONS AND EFFECTIVE DATE

## Rule 47. Reference to "State Court" and "State Law"

The term "state court," when used in these Rules, includes the District of Columbia Court of Appeals, the Supreme Court of the Commonwealth of Puerto Rico, the courts of

EXHIBIT D

APRIL
March 12, 2012

To:  Barack H. Obama                    From:  Kevin Spells
     President of the United States            109-18 221st Street
     1600 Pennsylvania Avenue                  Queens Village
     NW Washington, DC                         New York       11429
                  20500                        Tel. No. (718) 468 6673

RE:  Second; Notice of Intent to Sue: Barack H. Obama

Dear Mr. Obama,

Please take notice that, 30 days have passed, and this is the second notice of intent to
sue you, after 60 days.  Subsequent to the first 90 days notice, sent to you by certiied
mail dated March 13, 2012.  (See, March 13, 2012 copy and other related copies attached.)

As you know there is "no defense against constitutional rights violations" and your
proper discretionary response is immediately required.  Regarding the highlighted areas
on numbers three (3) and six (6) of, "The Questions Presented For Review" to the
Supreme Court of the United States. (Please see, this highlighted enclosed copy.)

Please also take further notice that, 60 days remain to overturn both unconstitutional
dictated Supreme Court of the United States orders.  Before commencement of a federal
civil action for total damages is filed against you.  According to both of my letters of
intent to sue you and the other included copies attached.

Sincerely
Kevin Spells



EXHIBIT D1

<u>THE QUESTIONS PRESENTED FOR REVIEW</u>

(-1-)

WHETHER THE COURT OF APPEALS JUDGMENT IN IT'S CHOICE OF PROPER
JUDICIAL DISCRETION EXERCISED GOOD BEHAVIOR?

(-2-)

WHETHER IMPORTANCE TO THE PUBLIC OF THE ISSUE RELEVANT TO
BEING ENTITLED TO CRIMINAL JUSTICE IS WITHOUT QUESTION?

(-3-)

WHETHER AND TO WHAT DEGREE DID THE COURT OF APPEALS CONCERN
FOR A MINOR TWELVE (12) YEAR OLD CHILD'S FIVE (5) YEAR
DISFRANCHISE FROM THE AMERICAN SOCIAL CONTRACT, "PRESENTS NO
ARGUABLY MERITIRIOUS ISSUE FOR OUR CONSIDERATION" IN THE
APPEAL?

(-4-)

WHETHER OR NOT THE COURT OF APPEALS ABUSED IT'S DISCRETION IN
IT'S CHOICE OF DUTIES CONGRESS IMPOSES OPON IT?

(-5-)

WHETHER THE COURT OF APPEALS DEPARTED FROM THE ACCEPTED AND
USUAL COURSE OF JUDICIAL PROCEEDINGS WHEN HAVING FURTHER
CONTINUED CIVIL COURT FEES PAID IN BEHALF OF INITIATING CRIMINAL
JUSTICE FOR A MINOR CHILD?

(-6-)

WHETHER DISAGREEMENTS AMONG LOWER COURTS ABOUT SPECIFIC
LEGAL QUESTIONS CONCERNING A CITY AND STATE FORSAKEN MINOR
CHILD IS TO BE RESOLVED BY THIS COURT?

EXHIBIT E

May 14, 2012

To: Barack H. Obama
    President of the United States
    1600 Pennsylvania Avenue
    NW Washington, DC
             20500

From: Kevin Spells
      109-18 221st Street
      Queens Village
      New York    11429
      Tel. No. (718) 468 6673

RE: Third and, Final Notice of Intent to Sue; Barack H. Obama

Dear Mr. Obama,

Please take notice that, 60 days have passed and that this is my third and final notice of my intent to sue you after the next 30 days, (around June 14, 2012). Subsequent to: the first 90 days notice dated March 13, 2012; and second 60 days notice dated April 12, 2012, both sent to you by certified mail. (Please see, March 13, 2012 and April 12, 2012 copies and other related document copies attached.)

Please also take further notice again that, 30 days remain to overturn both unconstitutional "dictated" orders from the Supreme Court of the United States. According to all three of my letters of intent and all other included document copies attached.

Before my commencement of my federal civil action for total damages is served against you for your (alleged) sense of reality that has become as distorted as that of any criminal personality. Destining me to be their crime victim according to: Title 18 U.S.C.A. Sec. 242. "Deprivation of rights under color of law." (Please see, copy of this statute enclosed.)

Sincerely,

Kevin Spells

RICHARD JOHNSON
NOTARY PUBLIC, State of New York
No. 01 JO6220038
Cert. filed in Queens County
Commission Expires 4/5/2014

5/14/2012

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.60 |

Postmark Here
MAY 14 2012
QUEENS VILLAGE JAMAICA N.Y.
05/14/2012 USSP

Sent To BARACK H. OBAMA PRESIDENT OF USA.
Street, Apt. No.; or PO Box No. 1600 PENNSYLVANIA AVE.
City, State, ZIP+4 NW WASHINGTON DC 20500

PS Form 3800, August 2006    See Reverse for Instructions

EXHIBIT E1

# DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

## Summary:

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

### TITLE 18, U.S.C., SECTION 242

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*