UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

CHAMBERS OF
HONORABLE CAROL BAGLEY AMON
CHIEF JUDGE

August 2, 2012



Mr. Kevin Spells
109-18-221st Street
Queens Village, N.Y. 11429

                CV12-3046 (ENV)(LB)
                Spells v. Obama

Dear Mr. Spells,

    I have received your letter complaining about the decision of Judge Eric Vitaliano in the above-captioned case.

    I have no authority as Chief Judge to take action in a case assigned to another judge.

    If you believe the judge erred in your case, your remedy is to file an appeal in the United States Court of Appeals for the Second Circuit.

                Very Truly Yours,

                Carol Bagley Amon
                Chief, U.S. District Judge

cc: Hon. Eric Vitaliano, U.S.D.J.
    (with copy of original submission)